1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

8   LANALSIKOV LOWE,                          Case No. 2:24-cv-01488-GMN-DJA

9                        Plaintiff,

          v.                                  ORDER

10
11  UNITED STATES OF AMERICA,

12                       Defendant.

13

14       Lanalsikov Lowe, a federal prisoner, has submitted a hand-written pleading seeking relief

15  for alleged violations of his civil rights by federal officers. ECF No. 1-1.  Lowe has not paid the

16  filing fee or filed an application to proceed *in forma pauperis*.  Because this matter has not been

17  properly commenced, it will be dismissed without prejudice to bringing a new action.

18       Under 28 U.S.C. § 1915(a)(2) and the court's Local Rules (LSR 1-1, 1-2), a prisoner

19  bringing a civil action but unable to pay the filing fee must file an application for leave to

20  proceed *in forma pauperis* on the form provided by the court with both an inmate account

21  statement for the past six months and a properly executed financial certificate.  In addition, a

22  civil rights complaint filed by a person who is not represented by an attorney must be submitted

23  on the form provided by this court or must be legible and contain substantially all the

24  information called for by the court's form. *See* LSR 2-1.

25
26
27
28

1    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the

2  filing of a complaint in a **new** action with either the filing fee or a properly completed

3  application form to proceed *in forma pauperis*.  The Clerk shall close this case.

4    IT IS FURTHER ORDERED that the Clerk shall send Lowe two copies each of an

5  application form to proceed *in forma pauperis* for incarcerated persons and an inmate civil rights

6  complaint form, one copy of the instructions for each form, and a copy of the papers that he

7  submitted in this action.

8    DATED THIS  16 day of  August  , 2024.

9

10

    _____
11    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2